# EXHIBIT 2

**Exhibit 2 to Complaint**
**Infringement Claim Chart**
**U.S. Patent No. 12,465,826**

**Paddletek, LLC**
**Reserve**

The exemplary claim chart set forth below is provided based on information to date and may not be exhaustive. Plaintiff's investigation is ongoing. Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention claim chart to identify additional asserted claims, accused products/instrumentalities, and/or to further identify where each element of each asserted claim is found in each accused product. For example, Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention chart in view of any future discovery obtained from Defendant and/or third parties during the pendency of this litigation.

As used in claim chart below, the "Paddletek Accused Product(s)" include without limitation the following: the pickleball game paddles produced by Defendant Paddletek, LLC (hereinafter "Paddletek") including, but not necessarily limited to, Paddletek Reserve, as well as any other Paddletek product that shares a similar structure/configuration and/or operates in a manner consistent with the theory of infringement outlined in the claim chart below. Plaintiff contends that the Paddletek Accused Product(s)—which is also herein referred to as the "Paddletek Reserve"—practices each of the claims of U.S. Patent No. 12,465,826 ("the '826 Patent") identified in the claim chart below in the manner shown and/or explained.

The Paddletek Accused Product(s)—along with the associated photographs and documents—discussed, cited, and/or otherwise referenced herein are representative in all material aspects of all other Accused Product(s) identified herein.

1

| U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|
| **Claim 1** | |
| **1 [pre]** A pickleball paddle, comprising: | The Paddletek Reserve Paddle is a pickleball paddle. https://www.paddletek.com/products/reserve-001. |

2

| | U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|---|
| | | |
| **1.a** | a front surface; | The Paddletek Reserve Paddle includes a front surface (labeled A, below):<br><br> |

| | U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|---|
| | | |
| 1.b | a back surface opposing the front surface; | The Paddletek Reserve Paddle includes a back surface (labeled B, below) opposing the front surface: |

4

| | U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|---|
| | | |
| **1.c** | a core disposed between the front surface and the back surface, | The Paddletek Reserve Paddle includes a core disposed between the front surface and the back surface, specifically it includes "foam core technology." *See* https://www.paddletek.com/pages/reserve.<br><br> |
| | | |

5

| | U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|---|
| **1.d** | the core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion | The Paddletek Reserve Paddle includes a core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion: |

|  | **U.S. Patent No. 12,465,826** | **Paddletek Reserve** |
|---|---|---|
| **1.e** | a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle, | The Paddletek Reserve Paddle includes a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle: |
|  |  |  |

7

| | U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|---|
| **1.f** | the gap extending around at least the first portion of the outer boundary of the core; | The Paddletek Reserve Paddle includes a gap extending around at least the first portion of the outer boundary of the core:<br><br> |
| | | |

8

| | U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|---|
| 1.g | a first filler disposed within at least a portion of the gap beyond the outer boundary of the core; | The Paddletek Reserve Paddle includes a first filler disposed within at least a portion of the gap beyond the outer boundary of the core, specifically it includes "EVA foam" that is "wrapped from the 4 to 8 o'clock positions" around the core. *See* https://www.paddletek.com/products/reserve-001. |

| | U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|---|
| | | |
| **1.h** | a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof, | The Paddletek Reserve Paddle includes a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof: |

10

| | U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|---|
| | | |
| 1.i | the frame at least partially disposed between the front surface and the back surface along the edge portion, | The Paddletek Reserve Paddle includes a frame at least partially disposed between the front surface and the back surface along the edge portion: |

11

| | U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|---|
| | | |
| **1.j** | the frame defining a hollow interior portion; and | The Paddletek Reserve Paddle includes a frame defining a hollow interior portion, shown here with filler: |

12

| | U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|---|
| | | <br>frame<br>Hollow interior portion, shown here with filler |
| 1.k | a second filler disposed within at least a portion of the hollow interior portion of the frame. | The Paddletek Reserve Paddle includes a second filler disposed within at least a portion of the hollow interior portion of the frame: |

13

| U.S. Patent No. 12,465,826 | Paddletek Reserve |
|---|---|
| |  |

14